UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Maria Pelayo, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action H-19-1747 |
| | § | |
| 24 Hour Fitness USA, Inc., | § | |
|     Defendant. | § | |

## Order of Adoption

On November 21, 2019, Magistrate Judge Peter Bray filed an amended memorandum and recommendation (21) recommending that the court grant 24 Hour Fitness USA, Inc.'s motion to dismiss and deny Maria Pelayo's motion for leave to file an amended complaint. Pelayo filed objections, which are denied. The court adopts the amended memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed December 6, 2019, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge